Hand-Delivered

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CHARLOTTE Division

FILED
CHARLOTTE, NC

OCT - 9 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Jamillah Shah

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bank of America, N.A.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-cv-777-MOC
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ✓ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jamillah Shah |
| Street Address | 16127 Commodore Drive |
| City and County | Lancaster |
| State and Zip Code | South Carolina 29720 |
| Telephone Number | 980-290-0442 |
| E-mail Address | shahjamillah@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name      BANK OF AMERICA, NATIONAL ASSOCIATION
    Job or Title *(if known)*      (the "Company")
    Street Address      2626 Glenwood Avenue, Suite 550,
    City and County      Raleigh
    State and Zip Code      North Carolina 27608
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Page 2 of 6

Case 3:25-cv-00777-MOC-DCK      Document 1      Filed 10/09/25      Page 2 of 6

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Bank of America N. A. |
| Street Address | 900 W Trade St |
| City and County | Charlotte |
| State and Zip Code | North Carolina 28202 |
| Telephone Number | (800) 432-1000 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. § 1391(b)

☑ Relevant state law *(specify, if known)*:
N.C. Gen. Stat. § 168A-1 et seq. N.C. Gen. Stat. § 143-422.1 et seq.

☑ Relevant city or county law *(specify, if known)*:
Charlotte, N.C., Code of Ordinances ch. 2, art. V (Non-Discrimination Ordinance), adopted Aug

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Disability, Interference with my rights under (FMLA)

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Between October 18, 2022 and May 8, 2023.

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Low vision, Legally Blind

E. The facts of my case are as follows. Attach additional pages if needed.

I was employed by Bank of America, N.A. During my employment, I informed management that I have a visual impairment and am legally blind, and I requested reasonable accommodations to perform my job. In April 2023, I also requested medical leave under the Family and Medical Leave Act (FMLA). Instead of providing the requested accommodations or engaging in the interactive process, the company terminated my employment on May 8, 2023. The stated reason for my termination was failure to obtain SASE accreditation, but this decision occurred shortly after my requests for accommodation and medical leave. I believe I was discriminated against because of my disability and retaliated against for exercising my rights under the ADA and FMLA

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
09/12/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*   08/05/2025   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek judgment against the defendant for the losses and harm I have suffered as a result of discrimination and retaliation in violation of the Americans with Disabilities Act (ADA) and the Family and Medical Leave Act (FMLA). These losses include lost wages and benefits, damage to my professional reputation, and emotional distress resulting from the unlawful termination and failure to accommodate my disability. I also seek compensatory and punitive damages as allowed by law, pre- and post-judgment interest, attorney's fees and costs to the extent permitted, and any other relief the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-9-2025

Signature of Plaintiff
Printed Name of Plaintiff: Jamillah Shah

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address